

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00464-CV

Lydia **DE LA FUENTE**,
Appellant

v.

Johamberlin R. **BEATO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01085
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: March 3, 2021

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on January 8, 2021. Appellant failed to file her brief or a motion for extension of time. On January 26, 2021, we issued an order informing appellant that her brief was overdue and directing her to file, on or before February 12, 2021, her brief and a written response reasonably explaining why appellee was not significantly injured by appellant's failure to timely file a brief. We advised appellant that if she failed to file a brief and a written response by the date ordered, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an

appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant has not filed her brief or otherwise responded to our January 26, 2021 order. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM